(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**English, Bobbie** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Bobbie G English**<br>**Bobbie Jo English**<br>**Barbara English** | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **7972** | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**14646 S Spaulding**<br>**Harvey, IL 60426** | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Cook** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☑ Individual(s)          ☐ Railroad
☐ Corporation            ☐ Stockbroker
☐ Partnership            ☐ Commodity Broker
☐ Other _____          ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expen paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ |
|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | |

**VOLUNTARY PETITION**

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/12/2005
Time: 14:27:11
Debtor: BOBBIE ENGLISH
Case: 05-13743          Fee : 194
Chapter: 13 Rec. # : 3127596
Judge: Carol Doyle
341 mtg: 05/09/2005 @ 03:00PM
ConfHrg: 05/26/2005 @ 10:30AM
Trustee: MARILYN MARSHALL

1:05BK13743-BK001

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **English, Bobbie** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **See Schedule Attached** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_ **Bobbie English**
Signature of Debtor

X _____
Signature of Joint Debtor

**(708) 339-7681**
Telephone Number (If not represented by attorney)

Date

X _[signature]_
Signature of Attorney

Signature of Attorney for Debtor(s)

**Thomas Holstein 1251716**
Printed Name of Attorney for Debtor(s)

**Thomas Holstein & Associates  Bar No. 1251716**
Firm Name

**109 West Elm Street**
Address

**Chicago, IL  60610**

**(312) 951-7447**
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

IN RE English, Bobbie _____ Case No. _____
             Debtor(s)

# VOLUNTARY PETITION
## Continuation Sheet - Page 1 of 1

Prior Bankruptcy Case Filed Within Last 6 Years:

**Location Where Filed: Northern Dist/ Eastern Div Of Illinois**
**Case Number: 99-27302**
**Date Filed: 9/2/99**

**Location Where Filed: Northern Dist/ Eatern Div Of Illinois**
**Case Number: 00-03471**
**Date Filed: 2/7/00**

**Location Where Filed: Northern Dist/ Eastern Div Illinois**
**Case Number: 01-29638**
**Date Filed: 8/23/01**

**Location Where Filed: Northern Dist/ Eastern Div Illlinois**
**Case Number: 03-14274**
**Date Filed: 3/31/03**

**Location Where Filed: Northern Dist/ Eastern Div Illinois**
**Case Number: 04-18994**
**Date Filed: 5/14/04**

Case 05-13743   Doc 1   Filed 04/12/05   Entered 04/12/05 14:25:56   Desc Petition
Page 4 of 9

English Bobbie
14646 S Spaulding
Harvey, IL 60426


Thomas Holstein & Associates
Bar No 1251716
109 West Elm Street
Chicago, IL 60610


American Express
% Becker & Lee
P O Box 3001
Malvern, PA 19355


American General
6025 W Cermak Rd
Cicero, IL 60804


Americredit
P O Box 18384
Arlington, TX 76096


Associated Bk Of Delaware
Processing Center
Des Moines, IA 50363


Bank America
P O Box 530802
Atlanta, GA 30353


Calumet Dermatology
P O Box 666
Lansing, IL 60438


Calvary Portfolio Services
7 Skyline Dr, 3rd Fl.
Hawthorne, NY 10532


Carecredit Card
P O Box 2016
Omaha, NE 68103


Carson Pirie Scott
% Smc
P O Box 19249
Sugarland, TX 77496

Circuit City
P O Box 42395
Richmond, VA   23286


Citibank
P O Box 6001
The Lakes, NV   23286


Citifinancial
Investment   Recovery
P O Box 914
Owingsmills, MD   21117


Ecast Settlement Corp
P O Box 35480
Newark, NJ   07193-5480


Fidelity Federal
P O Box 1631
Glendale, CA   91209


First USA Bank
P O Box 149265
Austin, TX   78714


Ford Motor Credit
Drawer 55-953
P O Box 55000
Livonia, MI   48153


GE Card Services
% Max Recovery
P O Box 10228
Newark, NJ   07193


GE Card Services
P O Box 78811
Phoenix, AZ   85062


GE Select
P O Box 650657
Dallas, TX   75265


Green Tree   Financial
Helig Meyers
322 Minnesota St

St Paul, MN   55102


Homemakers
P O Box 5877
Carol Stream, IL   60197


Household Bank
E Cast Settlement Corp
Po Box 35480
Newark, NJ   07193-5480


Internal Revenue Service
Stop 5016-CHI
230 S Dearborn
Chicago, IL   60604


J C Penney
P O Box 533
Dallas, TX   75221


John Torres
4336 Saratoga Ave
Suite 201
Downers Grove, IL   60515


Laura Hrisko
20 N  Clark, Suite 2600
Chicago, IL   60602


Marshall Fields
Retailers National Bank
P O Box 59231
Minneapolis, MN   55459-0231


Midland Finance
7300 N Western Ave
Chicago, IL   60645


Outsorting Collections
1250 Sisth Ave #201
San Deigo, CA   92101


Radio Shack
P O Box 2016
Omaha, NE   68103

Sears
P O Box 182532
Columbus, OH 43218


Secuirty National
% Fisher & Fisher
120 N Lasalle
Chicago, IL 60602


Sprint
Po Box 650353
Dallas, TX 75265-0353


Terri M Long
18201 Morris
Homewood, IL 60430


The Associates
P O Box 9367
Des Moines, IA 50306


Toyota Motor Credit
P O Box 3548
Oakbrook, IL 60523


Wards
P O Box 105997
Atlanta, GA 30353-5997

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee)
Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee)
Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_____        _____/s/ Bobbie E_____        _____
Date                                            Signature of Debtor                                            Case Number

Debtor Copy / Court Copy
(B 201 Rev 1/95)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

English, Bobbie                                                                           Chapter **13**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................. $ **2,200.00**

   Prior to the filing of this statement I have received ................................................................... $ **750.00**

   Balance Due .............................................................................................................................. $ **1,450.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 12, 2005**                                                  _[signature]_
Date                                                                         Signature of Attorney

**Thomas Holstein & Associates** Bar No. **1251716**
Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR