IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  English, Bobbie | Case Number:  05 B 13743 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  4/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: June 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 65,530.00 | |
| Secured: | | 60,317.70 |
| Unsecured: | | 0.00 |
| Priority: | | 923.00 |
| Administrative: | | 819.00 |
| Trustee Fee: | | 3,189.56 |
| Other Funds: | | 280.74 |
| Totals: | 65,530.00 | 65,530.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas Holstein & Associates | Administrative | 819.00 | 819.00 |
| 2. | Ingomar | Secured | 19,768.50 | 19,768.50 |
| 3. | Real Estate Owned Aquisitions | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 6,402.94 | 6,402.94 |
| 5. | Ingomar | Secured | 49,194.27 | 32,430.78 |
| 6. | Green Tree Finance Serv Corp | Secured | 200.00 | 19.15 |
| 7. | Chase Bank | Secured | 300.00 | 300.00 |
| 8. | Homemakers Furniture Inc | Secured | 200.00 | 118.31 |
| 9. | American General Finance | Secured | 1,278.02 | 1,278.02 |
| 10. | Internal Revenue Service | Priority | 3,793.24 | 923.00 |
| 11. | ECast Settlement Corp | Unsecured | 146.63 | 0.00 |
| 12. | Cavalry Portfolio Services | Unsecured | 431.68 | 0.00 |
| 13. | Max Recovery Inc | Unsecured | 681.90 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 749.96 | 0.00 |
| 15. | Toyota Motor Credit Corporatio | Unsecured | 2,690.72 | 0.00 |
| 16. | Shoppers Charge Accounts | Unsecured | 211.89 | 0.00 |
| 17. | CitiFinancial | Unsecured | 586.71 | 0.00 |
| 18. | Calumet Dermatology Associates | Unsecured | 46.08 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,178.71 | 0.00 |
| 20. | Max Recovery Inc | Unsecured | 381.19 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 798.53 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 256.01 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 308.77 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 487.97 | 0.00 |
| 25. | Portfolio Recovery Associates | Unsecured | 964.68 | 0.00 |
| 26. | Consumer Portfolio Services | Unsecured | 1,161.85 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  English, Bobbie

Printed: 12/23/08

Case Number: 05 B 13743
Judge: Wedoff, Eugene R
Filed: 4/12/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Resurgent Capital Services | Unsecured | 1,172.05 | 0.00 |
| 28. | Max Recovery Inc | Unsecured | 205.73 | 0.00 |
| 29. | Specialized Management Consultants | Unsecured | 559.95 | 0.00 |
| 30. | Citibank (South Dakota), N.A. | Unsecured | | No Claim Filed |
| 31. | Bank Of America | Unsecured | | No Claim Filed |
| 32. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 33. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 34. | Fidelity Federal Savings Bank | Unsecured | | No Claim Filed |
| 35. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 36. | Household Bank FSB | Unsecured | | No Claim Filed |
| 37. | Radio Shack | Unsecured | | No Claim Filed |
| 38. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 39. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 40. | WARDS | Unsecured | | No Claim Filed |
| 41. | Sprint | Unsecured | | No Claim Filed |
| 42. | Associates | Unsecured | | No Claim Filed |
| | | | $ 94,976.98 | $ 62,059.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 323.11 |
| 5.5% | 1,184.59 |
| 5% | 268.34 |
| 4.8% | 714.89 |
| 5.4% | 617.03 |
| 6.5% | 78.67 |
| 6.6% | 2.93 |
| | $ 3,189.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

